UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES E. SMITH | * | CIVIL ACTION |
| VERSUS | * | NO: 08-1337 |
| NORTHOAKS HEALTH SYSTEMS, ET AL | * | SECTION: "D"(4) |

**ORDER AND REASONS**

Before the court is the **"Motion for Summary Judgment"** (Doc. No. 49) filed by Defendants, Tangipahoa Hospital Service District No. 1 d/b/a North Oaks Health System, James Cathey (incorrectly identified as James Cathney), Cindy Coats, Dewey Blackwell, M.D. and Helen Gaines, M.D. (Defendants). ***No memorandum in opposition was filed.***

The motion, set for hearing on Wednesday, June 3, 2009, is before the court on Defendants' brief, without oral argument. Having considered the memorandum of Defendants' counsel, the record, and the applicable law, the court **GRANTS** Defendants' **"Motion for Summary Judgment"** (Doc. No. 49) as *unopposed*, **DISMISSING** all claims asserted against Defendants.

New Orleans, Louisiana, this **3rd** day of **June**, **2009**.

                                          _____
                                                  A.J. McNAMARA
                                         UNITED STATES DISTRICT JUDGE